0      7310

WITHDRAWN
AND NOT
REISSUED